# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROGER W. BULLOCH, AN INDIVIDUAL; SCOTT BULLOCH, AN INDIVIDUAL; KENNETH M. PRESSBERG, AN INDIVIDUAL; ARI BASS, AN INDIVIDUAL; HH5, LLC, A NEVADA LIMITED LIABILITY COMPANY; SPB CAPITAL GP, LLC, A DELAWARE LIMITED LIABILITY COMPANY; SPB MANAGEMENT, LLC, A NEVADA LIMITED LIABILITY COMPANY; SPB PARTNERS, LLC, A NEVADA LIMITED LIABILITY COMPANY; SP PARTNERS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND GUARDIAN HH, LLC, A NEVADA LIMITED LIABILITY COMPANY,

        Appellants,

vs.

EDWARD F. SHER, AN INDIVIDUAL,

        Respondent.

No. 71370

**FILED**

APR 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

17-12923

cc: Hon. Gloria Sturman, District Judge
James Kohl, Settlement Judge
Snell & Wilmer, LLP/Las Vegas
Santoro Whitmire
Eighth District Court Clerk